UNITED STATES of America, Plaintiff—Appellee,

v.

Katie Whitehead MOORE, Defendant—Appellant.

No. 05–4268.

United States Court of Appeals, Fourth Circuit.

Submitted Nov. 17, 2005.

Decided Nov. 22, 2005.

Thomas P. McNamara, Federal Public Defender, Stephen C. Gordon, Assistant Federal Public Defender, Raleigh, North Carolina, for Appellant. Frank D. Whitney, United States Attorney, Anne M. Hayes, Jennifer P. May–Parker, Assistant United States Attorneys, Raleigh, North Carolina, for Appellee.

Before WILKINSON, LUTTIG, and WILLIAMS, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Katie Whitehead Moore appeals the sentence imposed upon her conviction for aiding and assisting in the preparation of false income tax returns in violation of 26 U.S.C. § 7206(2) (2000). Moore asserts that the sentence was unreasonable under this court's decision in *United States v. Hughes,* 401 F.3d 540, 547 (4th Cir.2005) because the court relied "exclusively" on the sentencing range as determined by the *U.S. Sentencing Guidelines Manual* (2004).

The district court considered both the advisory guideline range and the factors set out in 18 U.S.C. § 3553(a) (2000) in determining Moore's sentence. We conclude that Moore's sentence is reasonable. We therefore affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*